DOROTHY BERWICK, an Infant, by JOHN BERWICK, Her GUARDIAN ad Litem, et al., Appellants, *v.* BOARD OF EDUCATION OF THE CITY OF WHITE PLAINS, Respondent.

Argued March 23, 1937; decided April 27, 1937.

*Oliver K. King* for appellants.

*Alfred M. Bailey* and *William A. Earl* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.